MC-275

Name  **Reginal Austin**

Address  **CTF-North SA-323**
**P.O. Box 705**
**Soledad, CA. 93960-0705**     E-filing

CDC or ID Number  **B-57661**

In Pro Per

FILED
07 DEC -6 PM 1:50
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# FEDERAL COURT
*(Court)*

Petitioner  **Reg. Austin**

vs.

Respondent  **A.P. KANE**
**director**

PETITION FOR WRIT OF HABEAS CORPUS

CV No. 07    6189

*(To be supplied by the Clerk of the Court)*

RMW

(PR)

## INSTRUCTIONS — READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies.

- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Page one of six

PETITION FOR WRIT OF HABEAS CORPUS 

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rules 56.5, 201(h)

7. **Ground 2 or Ground _____** (*if applicable*):

I was placed on Ad-Seg charged
possible (Battery on an I/M with a weapon)
(causing serious injury
Log # VI-09-07-040

a. Supporting facts:

District Attorney
(declined prosecution)

Now I need lawyer to fight
the Inst. 115
Need lawyer to write good argument
and send to me. I can't type but
will copy and move forward with xoz
appeal right after the crucifixion at
the Inst. hearing very soon

I am a political prisoner and qualify
for pro bono
I need help.

b. Supporting cases, rules, or other authority:

The Inst. it's going forward with 115
base on confidential source #1 (the victim)
he confess to c o flores that I did it.

Nov. 29, 2007

R. Austin B 57661
CTF
P.O. BOX 689
Soledad, Ca. 93960-0689



SAN JOSE CA 951
30 NOV 2007 PM 5 D



LEGAL MAIL

RECEIVED
07 DEC -4 PM 4:00
RICHARD W. WIEKING
CLERK, U.S. DIST. COURT
NORTHERN DIST. OF CALIFORNIA

CLK. U.S. Dist. Ct.
Northern
450 Golden Gate Ave.
San Francisco, Ca.
        94102-3483

94102+3661