1-14-08

United States District Court
Northern District of California
280 South First St. Rm. 2112
San Jose Ca. 95113

Reginald Austin
Box 689 B-210-u
Soledad Ca 93960
CDCR # B57661

**Filed**
JAN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

07-6189
RMW

Subject: Change of address.

Dear Sir/Madam,

I have been moved to another location within the CTF-Soledad prison complex. The new address is listed above. Case No. C 06-4088 RMW (PR).

Reginald Austin

Austin B57661
Box 689 B-210-u
Soledad Ca. 93960

(ATT CLERK)

United States District Court
180 South First St. RM. 2112
San Jose Ca 95113

SAN JOSE CA 951
15 JAN 2008 PM 7 L
USA 41

95113+3008 C050